### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **SE PROPERTY HOLDINGS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 1:15-423-CG-C** |
| | ) | |
| **MICHAEL TERRY ADAMS,** | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order (Doc. 22) issued this same day, the Court hereby **ORDERS, ADJUDGES, and DECREES** the entry of default judgment in favor of Plaintiff SE Property Holdings, LLC and against Defendant Michael Terry Adams in the amount of $86,634.14, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**DONE and ORDERED** this 23rd day of March, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE